Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.:  09–24838 JS     Chapter:  7

Hope Lynn Small
Debtor(s)

**NOTICE OF DISMISSAL**

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 10/1/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 10/1/09

                                   Mark D. Sammons, Clerk of Court
                                   by Deputy Clerk, D Walston 301–344–3496